IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NEW CENTURY TRS HOLDINGS, INC. a Delaware corporation, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-10416 (KJC)<br><br>Jointly Administered |
| THE NEW CENTURY LIQUIDATING TRUST AND REORGANIZED NEW CENTURY WAREHOUSE CORPORATION, by and through Alan M. Jacobs, Liquidating Trustee and Plan Administrator,<br><br>Plaintiff,<br><br>--against--<br><br>ROBERT K. COLE, BRAD A MORRICE, EDWARD E. GOTSCHALL, JOHN DOE, JANE DOE, MARILYN A. ALEXANDER, HAROLD A. BLACK, FREDRIC J. FORSTER, DONALD E. LANGE, WILLIAM J. POPEJOY, MICHAEL M. SACHS, RICHARD A ZONA, DAVID EINHORN, PATRICK FLANAGAN, KEVIN M. CLOYD, PATTI M. DODGE, JOSEPH F. ECKROTH, JR., STERGIOS THEOLOGIDES, EG ENTERPRISES, PACIFIC FINANCIAL SERVICES, INC., ZONA FINANCIAL, LLC., GREENLIGHT CAPITAL, INC., and F&A FORSTER FAMILY REVOCABLE TRUST,<br><br>Defendants. | Adv. Proc. No. 09-50882 (KJC) |

## **NOTICE OF WITHDRAWAL**

TO THE CLERK OF THE COURT:

      PLEASE TAKE NOTICE THAT on May 18, 2009 the Certification of Counsel Regarding Stipulation and Order Pertaining to Acceptance of Service and a Standstill of the Adversary Proceeding [docket no. 3] (the "Certification of Counsel"), was filed.

PLEASE TAKE FURTHER NOTICE THAT the Certification of Counsel is hereby withdrawn.

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP

/s/Raymond H. Lemisch
Raymond H. Lemisch, Esquire (No. 4204)
222 Delaware Ave., Suite 801
Wilmington, DE 19801
302-442-7010 (telephone)
302-442-7012 (facsimile)
rlemisch@beneschlaw.com

Counsel to the Trustee of the New Century Liquidating Trust, Alan M. Jacobs

Dated: May 18, 2009