# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>NEW CENTURY TRS HOLDINGS, INC.<br>a Delaware corporation, *et al.*,[1]<br><br>Debtors.<br>------------------------------------------------------------x<br>THE NEW CENTURY LIQUIDATING TRUST<br>AND REORGANIZED NEW CENTURY<br>WAREHOUSE CORPORATION, by and through<br>Alan M. Jacobs, Liquidating Trustee and Plan<br>Administrator,<br><br>Plaintiff,<br><br>--against--<br><br>ROBERT K. COLE, BRAD A. MORRICE,<br>EDWARD E. GOTSCHALL, JOHN DOE, JANE<br>DOE, MARILYN A. ALEXANDER, HAROLD A.<br>BLACK, FREDRIC J. FORSTER, DONALD E.<br>LANGE, WILLIAM J. POPEJOY, MICHAEL M.<br>SACHS, RICHARD A. ZONA, DAVID EINHORN,<br>PATRICK FLANAGAN, KEVIN M. CLOYD,<br>PATTI M. DODGE, JOSEPH F. ECKROTH, JR.,<br>STERGIOS THEOLOGIDES, EG ENTERPRISES,<br>PACIFIC FINANCIAL SERVICES, INC., ZONA<br>FINANCIAL, LLC., GREENLIGHT CAPITAL,<br>INC., and F&A FORSTER FAMILY REVOCABLE<br>TRUST,<br>Defendants.<br>------------------------------------------------------------x | Chapter 11<br><br>Case No. 07-10416 (KJC)<br><br>Jointly Administered<br><br>Adv. Proc. No. 09-5088ℓ |

## STIPULATION AND ORDER PERTAINING TO ACCEPTANCE OF SERVICE AND A STANDSTILL OF THE ADVERSARY PROCEEDING

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporation, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century Warehouse Corporation, a California corporation.

871230.005-1642602.5

This stipulation (the "Stipulation") is entered into by and between the undersigned attorneys for plaintiff, The New Century Liquidating Trust (the "Trust"), by and through Alan M. Jacobs, as its Court-appointed liquidating trustee (the "Trustee"), and defendants Robert K. Cole, Brad A. Morrice, Marilyn A. Alexander, Harold A. Black, Fredric J. Forster, Donald E. Lange, William J. Popejoy, Michael M. Sachs, Richard A. Zona, David Einhorn, Patrick Flanagan, Kevin M. Cloyd, Patti M. Dodge, Joseph F. Eckroth, Jr. and Stergios Theologides (collectively, the "Defendants"), with reference to the following:

**WHEREAS**, on April 2, 2007 (the "Petition Date"), the Debtors filed voluntary petitions for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code");

**WHEREAS**, on July 15, 2008, the Court entered an Order Confirming the Second Amended Joint Chapter 11 Plan of Liquidation of the Debtors and the Official Committee of Unsecured Creditors Dated as of April 23, 2008 (the "Confirmation Order") and an Order Amending the Confirmation Order was entered on July 22, 2008;

**WHEREAS**, on August 1, 2008 (the "Effective Date"), the Second Amended Joint Chapter 11 Plan of Liquidation of the Official Committee of Unsecured Creditors Dated as of April 23, 2008 (the "Plan") became effective. Pursuant to the terms of the Plan, on the Effective Date the New Century Liquidating Trust Agreement was executed, thereby creating the Trust and appointing Alan M. Jacobs as Trustee;

**WHEREAS**, on or about April 1, 2009, the Trustee initiated an adversary proceeding against the above-captioned Defendants (the "Adversary Proceeding") seeking recovery against Defendants for, among other things, alleged breaches of fiduciary and other duties and obligations to New Century Financial Corporation and its subsidiaries (the "Company"), waste of Company assets and resulting in allegedly improper personal benefits to the Defendants;

**WHEREAS,** defendant Edward F. Gotschall ("Gotschall") is deceased;

**WHEREAS,** on or about April 10, 2009, Susan K. Gotschall ("Susan Gotschall"), surviving spouse of Gotschall, filed a Petition for Probate of Will and Letters Testamentary for Gotschall's estate with the Superior Court of the State of California, Orange County, which Petition will be heard on May 14, 2009;

**WHEREAS,** upon appointment of an estate representative for Gotschall's estate (the "Gotschall Estate Representative"), the Trustee intends to seek an order (by motion, stipulation or otherwise), pursuant to Fed. R. Civ. P. 15 and Fed. R. Bankr. P. 7015 or otherwise, substituting the Gotschall Estate Representative as a party defendant in the place and stead of Gotschall and John Doe and Jane Doe;

**WHEREAS,** as of May 11, 2009, the summons and complaint (the "Complaint") in the Adversary Proceeding have not yet been served on any of the Defendants;

**WHEREAS,** the Trustee and the Defendants (collectively, the "Parties") desire to suspend prosecution of the Adversary Proceeding and enter into this Stipulation upon the terms and conditions set forth herein in order to continue to confer and engage in discussions about, among other things, the complexities of the Adversary Proceeding and related cases and the possible resolution of the Adversary Proceeding, and have agreed to extend all pending deadlines for 60 days in order to continue these discussions; and

**WHEREAS,** the Parties intend to reserve all rights that they have with respect to the Adversary Proceeding as of the beginning of the Standstill Period as defined in paragraph 5 herein.

NOW, THEREFORE, it is hereby stipulated and agreed by and between the Parties that:

1.  The counsel identified herein (the "Appearing Counsel") hereby appear in the above-captioned action and have been retained as attorneys for the Defendants respectively noted below:

| Appearing Counsel | Defendants |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP | Counsel to Marilyn A. Alexander, Harold A. Black, David Einhorn, Fredric J. Forster, Donald E. Lange, Michael M. Sachs and Richard A. Zona |
| MUNGER, TOLLES & OLSON LLP | Counsel to Brad A. Morrice, Patti M. Dodge, Stergios Theologides, Joseph F. Eckroth, Jr., Patrick Flanagan and Kevin M. Cloyd |
| LATHAM & WATKINS LLP | Counsel to Robert K. Cole |
| RUS, MILIBAND & SMITH, A PROFESSIONAL CORPORATION | Counsel to William J. Popejoy |

2.  The Defendants hereby waive service of the Complaint in the above-captioned action and agree to accept service thereof by email delivery to their Appearing Counsel, which delivery shall constitute good and sufficient service of the Complaint.

3.  The Trustee shall serve the Complaint upon the above-listed Appearing Counsel as provided for in paragraph 2, on or before May 11, 2009 with service deemed accepted as of May 11, 2009.

4.  The time for the Defendants to answer or otherwise respond to the Complaint shall be extended to and including July 31, 2009, or such other further date as the Parties may hereafter agree.

5. The parties agree that as of the execution of this Stipulation through midnight on July 31, 2009, or such other further time period as the Parties may hereafter agree (the "Standstill Period") the Parties will forebear from (a) engaging in any discovery or motion practice, (b) making any filings, (c) serving any legal process such as a summons, subpoena or pleading (other than service of the Complaint), and (d) engaging in any other litigation activity in furtherance of the Adversary Proceeding, <u>except</u> upon written agreement of all Parties hereto and/or as set forth in paragraph 6 below.

6. The Parties agree that the Trustee shall be permitted to seek, through motion, stipulation or otherwise, an order substituting the Gotschall Estate Representative as a party defendant in the place and stead of Gotschall and John Doe and Jane Doe, amending the Adversary Proceeding caption to reflect such substitution and taking any and all other steps necessary to effectuate a substitution of the Gotschall Estate Representative.

7. The Parties agree that the Court may enter an order substituting the Gotschall Estate Representative as a party defendant in the place and stead of Gotschall and John Doe and Jane Doe in the Adversary Proceeding and amending the above-captioned proceeding to reflect such substitution.

8. The Parties agree that they will not refer to, assert, raise, or rely on the Standstill Period or this Stipulation in any legal proceedings between them for any purpose, including but not limited to the computation of time for the taking of or doing any action or thing to pursue, preserve, maintain or advance any claims, rights or defenses, whether prescribed by statute, regulation, rule or common law, or the assertion of a claim or defense based on the doctrines of laches, estoppel or waiver.

9. This Stipulation may be executed in one or more counterparts, each of which will

be deemed an original, but all of which together will constitute the same instrument.

Dated: May 11, 2009
    Wilmington, Delaware

| BENESH, FRIEDLANDER, COPLAN & ARONOFF LLP<br><br>_____<br>Raymond H. Lemisch (No. 4204)<br>222 Delaware Avenue, Suite 801<br>Wilmington, Delaware 19801<br>Telephone (302) 442-7010<br>Facsimile (302) 442-7012<br><br>- and -<br><br>**HAHN & HESSEN LLP**<br>488 Madison Avenue<br>New York, New York 10022<br>Telephone (212) 478-7200<br>Facsimile (212) 478-7400<br>Attn: Mark S. Indelicato, Esq.<br>   John P. McCahey, Esq.<br>   Maria A. Arnott, Esq.<br><br>*Co-Counsel to the New Century Liquidating Trust and Reorganized New Century Warehouse Corporation et al.* | **GIBSON, DUNN & CRUTCHER LLP**<br><br>_____<br>Meryl L. Young, Esq.<br>Oscar Gaza, Esq.<br>Matthew E. Lilly, Esq.<br>3161 Michelson Drive<br>Irvine, CA 92612-4412<br>Telephone (949) 451-4229<br>Facsimile (949) 475-4619<br><br>*Counsel to Marilyn A. Alexander, Harold A. Black, David Einhorn, Fredric J. Forster, Donald E. Lange, Michael M. Sachs and Richard A. Zona* |
| **MUNGER, TOLLES & OLSEN LLP**<br><br>_____<br>John W. Spiegel, Esq.<br>Kathleen M. McDowell, Esq.<br>355 South Grand Avenue, 35th Floor<br>Los Angeles, California 90071-1560<br>Telephone (213) 683-9152<br>Facsimile (213) 683-5152<br><br>*Counsel to Brad A. Morrice, Patti M. Dodge, Stergios Theologides, Joseph F. Eckroth, Jr., Patrick Flanagan and Kevin M. Cloyd* | **LATHAM & WATKINS LLP**<br><br>_____<br>Manuel A. Abascal, Esq.<br>Ethan J. Brown, Esq.<br>Peter W. Baldwin, Esq.<br>355 South Grand Avenue<br>Los Angeles, CA 90071-1560<br>Telephone (213) 891-7889<br>Facsimile (213) 891-8763<br><br>*Counsel to Robert K. Cole* |

be deemed an original, but all of which together will constitute the same instrument.

Dated: May ___, 2009
       Wilmington, Delaware

| BENESH, FRIEDLANDER, COPLAN & ARONOFF LLP | GIBSON, DUNN & CRUTCHER LLP |
|---|---|
| _____<br>Raymond H. Lemisch (No. 4204)<br>222 Delaware Avenue, Suite 801<br>Wilmington, Delaware 19801<br>Telephone (302) 442-7010<br>Facsimile (302) 442-7012<br><br>- and -<br><br>**HAHN & HESSEN LLP**<br>488 Madison Avenue<br>New York, New York 10022<br>Telephone (212) 478-7200<br>Facsimile (212) 478-7400<br>Attn: Mark S. Indelicato, Esq.<br>      John P. McCahey, Esq.<br>      Maria A. Arnott, Esq.<br><br>*Co-Counsel to the New Century Liquidating Trust and Reorganized New Century Warehouse Corporation et al.* | _____<br>Meryl L. Young, Esq.<br>Oscar Gaza, Esq.<br>Matthew E. Lilly, Esq.<br>3161 Michelson Drive<br>Irvine, CA 92612-4412<br>Telephone (949) 451-4229<br>Facsimile (949) 475-4619<br><br>*Counsel to Marilyn A. Alexander, Harold A. Black, David Einhorn, Fredric J. Forster, Donald E. Lange, Michael M. Sachs and Richard A. Zona* |
| **MUNGER, TOLLES & OLSON LLP** | **LATHAM & WATKINS LLP** |
| /s/ Kathleen M. McDowell<br>John W. Spiegel, Esq.<br>Kathleen M. McDowell, Esq.<br>355 South Grand Avenue, 35th Floor<br>Los Angeles, California 90071-1560<br>Telephone (213) 683-9152<br>Facsimile (213) 683-5152<br><br>*Counsel to Brad A. Morrice, Patti M. Dodge, Stergios Theologides, Joseph F. Eckroth, Jr., Patrick Flanagan and Kevin M. Cloyd* | _____<br>Manuel A. Abascal, Esq.<br>Ethan J. Brown, Esq.<br>Peter W. Baldwin, Esq.<br>355 South Grand Avenue<br>Los Angeles, CA 90071-1560<br>Telephone (213) 891-7889<br>Facsimile (213) 891-8763<br><br>*Counsel to Robert K. Cole* |

be deemed an original, but all of which together will constitute the same instrument.

Dated: May ___, 2009
      Wilmington, Delaware

| **BENESH, FRIEDLANDER, COPLAN & ARONOFF LLP** | **GIBSON, DUNN & CRUTCHER LLP** |
|---|---|
| Raymond H. Lemisch (No. 4204)<br>222 Delaware Avenue, Suite 801<br>Wilmington, Delaware 19801<br>Telephone (302) 442-7010<br>Facsimile (302) 442-7012<br><br>- and -<br><br>**HAHN & HESSEN LLP**<br>488 Madison Avenue<br>New York, New York 10022<br>Telephone (212) 478-7200<br>Facsimile (212) 478-7400<br>Attn: Mark S. Indelicato, Esq.<br>      John P. McCahey, Esq.<br>      Maria A. Arnott, Esq.<br><br>*Co-Counsel to the New Century Liquidating Trust and Reorganized New Century Warehouse Corporation et al.* | Meryl L. Young, Esq.<br>Oscar Gaza, Esq.<br>Matthew E. Lilly, Esq.<br>3161 Michelson Drive<br>Irvine, CA 92612-4412<br>Telephone (949) 451-4229<br>Facsimile (949) 475-4619<br><br>*Counsel to Marilyn A. Alexander, Harold A. Black, David Einhorn, Fredric J. Forster, Donald E. Lange, Michael M. Sachs and Richard A. Zona* |
| **MUNGER, TOLLES & OLSEN LLP** | **LATHAM & WATKINS LLP**<br><br>/Manny A. Abascal/ pub<br>Manuel A. Abascal, Esq. |
| John W. Spiegel, Esq.<br>Kathleen M. McDowell, Esq.<br>355 South Grand Avenue, 35th Floor<br>Los Angeles, California 90071-1560<br>Telephone (213) 683-9152<br>Facsimile (213) 683-5152<br><br>*Counsel to Brad A. Morrice, Patti M. Dodge, Stergios Theologides, Joseph F. Eckroth, Jr., Patrick Flanagan and Kevin M. Cloyd* | Ethan J. Brown, Esq.<br>Peter W. Baldwin, Esq.<br>355 South Grand Avenue<br>Los Angeles, CA 90071-1560<br>Telephone (213) 891-7889<br>Facsimile (213) 891-8763<br><br>*Counsel to Robert K. Cole* |

RUS, MILIBAND & SMITH, A
PROFESSIONAL CORPORATION

_____
Ronald Rus, Esq.
Joel S. Miliband, Esq.
Von Karman Towers
2211 Michelson Drive, Seventh Floor
Irvine, California 92612
Telephone (949) 752-7100
Facsimile (949) 252-1514

*Counsel to William J. Popejoy*

**SO ORDERED this ___ day of May, 2009**

_____
UNITED STATES BANKRUPTCY JUDGE