IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------------x
In re:                                               Chapter 11

NEW CENTURY TRS HOLDINGS, INC.,                      Case No. 07-10416 (KJC)
a Delaware Corporation, *et al.*,                    (Jointly Administered)

       Debtors.
-----------------------------------------------------------------x
ALAN M. JACOBS, AS LIQUIDATING
TRUSTEE OF THE NEW CENTURY
LIQUIDATING TRUST,
                                                     Adv. Proc. No. 09-50882 (KJC)

       Plaintiff,

       --against--

ROBERT K. COLE, BRAD A. MORRICE,
EDWARD F. GOTSCHALL, JOHN DOE, JANE
DOE, MARILYN A. ALEXANDER, HAROLD A.
BLACK, FREDRIC J. FORSTER, DONALD E.
LANGE, WILLIAM J. POPEJOY, MICHAEL M.
SACHS, RICHARD A. ZONA, DAVID EINHORN,
PATRICK FLANAGAN, KEVIN M. CLOYD,
PATTI M. DODGE, JOSEPH F. ECKROTH, JR.,
STERGIOS THEOLOGIDES, EG ENTERPRISES,
PACIFIC FINANCIAL SERVICES, INC., ZONA
FINANCIAL, LLC., GREENLIGHT CAPITAL,
INC., and F&A FORSTER FAMILY REVOCABLE
TRUST,
       Defendants.
-----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                              ) ss.:
COUNTY OF NEW YORK  )

      Nicole Fernandez, being duly sworn, deposes and says:

      1.     I am over 18 years of age and I am not a party to the within action and reside in Queens County, New York.

2. I am employed by the law firm of Hahn & Hessen LLP located at 488 Madison Avenue, New York, NY 10022, counsel for Alan M. Jacobs, Liquidating Trustee of the New Century Liquidating Trust, at whose direction service was made.

3. On July 27, 2009, I caused to be served by first class mail, a true copy of (1) *Summons and Notice of Pretrial Conference in an Adversary Proceeding* and (2) *Adversary Proceeding Complaint* upon the persons and/or entities:

| | |
|---|---|
| EG Enterprises<br>c/o Susan K. Gotschall as Executor<br>  of Estate of Edward F. Gotschall<br>6 Fresian<br>Coto De Caza, CA 92679 | EG Enterprises<br>6 Fresian<br>Coto De Caza, CA 92679<br><br>Attn: Officer, Manager, Managing or General Agent or other party authorized to receive service |
| EG Enterprises LLC<br>c/o Eric Gausepohl<br>28791 Placida Avenue<br>Laguna Niguel, CA 92677 | CF & EG Enterprises Inc.<br>c/o Carman Nichole Freiburger<br>22287 Mulholland Hwy, Suite 145<br>Calabasas, CA 91302 |

by depositing a true copy thereof in an official depository under the care and custody of the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

                                              */s/ Nicole Fernandez*
                                              Nicole Fernandez

Sworn to before me this
28th day of July, 2009

_____
Notary Public

        MARIA A. ARNOTT
    NOTARY PUBLIC, State of New York
          No. 01AR4968607
     Qualified in New York County
    Commission Expires ~~July 2, 2006~~
            Spt. 29, 2010

871230.005-1721208.1