IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NEW CENTURY TRS HOLDINGS, INC. a Delaware corporation, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-10416 (KJC)<br><br>Jointly Administered |
| THE NEW CENTURY LIQUIDATING TRUST AND REORGANIZED NEW CENTURY WAREHOUSE CORPORATION, by and through Alan M. Jacobs, Liquidating Trustee and Plan Administrator,<br><br>Plaintiff,<br><br>--against--<br><br>ROBERT K. COLE, BRAD A MORRICE, EDWARD E. GOTSCHALL, JOHN DOE, JANE DOE, MARILYN A. ALEXANDER, HAROLD A. BLACK, FREDRIC J. FORSTER, DONALD E. LANGE, WILLIAM J. POPEJOY, MICHAEL M. SACHS, RICHARD A ZONA, DAVID EINHORN, PATRICK FLANAGAN, KEVIN M. CLOYD, PATTI M. DODGE, JOSEPH F. ECKROTH, JR., STERGIOS THEOLOGIDES, EG ENTERPRISES, PACIFIC FINANCIAL SERVICES, INC., ZONA FINANCIAL, LLC., GREENLIGHT CAPITAL, INC., and F&A FORSTER FAMILY REVOCABLE TRUST,<br><br>Defendants. | Adv. Proc. No. 09-50882 (KJC)<br><br>Re: Docket No. 27 |

**ORDER GRANTING STIPULATION EXTENDING
TIME TO RESPOND TO THE COMPLAINT**

AND NOW, this 13th day of October, 2009, upon consideration of the Stipulation and Order Extending Time to Respond to the Complaint[1] (the "Stipulation"), it is hereby

ORDERED that the Stipulation is approved, and it is further

ORDERED that the time within which the Appearing Defendants must move, answer or otherwise plead in response to the summons and complaint in the above-referenced adversary proceeding is hereby extended to and including December 1, 2009, or such other further date as the parties may hereafter agree, and it is further

ORDERED that as of the date of the Stipulation through midnight on December 1, 2009, or such other further time period as the parties may hereafter agree, the parties will forebear from (a) engaging in any discovery or motion practice, (b) making any filings, (c) serving any legal process such as a summons, subpoena or pleading (other than service of the Complaint), and (d) engaging in any other litigation activity in furtherance of the above-referenced adversary proceeding, except upon written agreement of all parties hereto and/or as necessary and in furtherance of those certain stipulations dated May 11, 2009, June 18, 2009 and July 8, 2009, and it is further

ORDERED that the Stipulation may be executed in one of more counterparts, each of which will be deemed an original, but all of which together will constitute one and the same instrument.

BY THE COURT:

_____
Kevin J. Carey,
Chief United States Bankruptcy Judge

---

[1] All capitalized terms will be defined as in the Certification of Counsel and Stipulation.