## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC., *et al.*, [1] | Case No. 07-10416 (KJC) (Jointly Administered) |
| Debtors. | |

## *AMENDED*[2] NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON JANUARY 20, 2010 AT 3:30 P.M.

### I.      CONTINUED MATTERS:

1.      Debtors' Fourth Omnibus Objection to Claims: Non-Substantive Objection Pursuant to 11 U.S.C. Section 502, Fed. R. Bankr. P. 3007 and 9014 and Del. Bankr. L.R. 3007-1 to Certain (A) Amended Claims, (B) No Supporting Documentation Claims, (C) Duplicate Claims and (D) Late-Filed Claims [D.I. 3925; filed 11/20/07]

Objection deadline: December 13, 2007

Objections/Responses Received:

A.      The Debtors received an informal response from Residential Mortgage Solution LLC.

Related Documents:

---

[1] The pre-confirmation Debtors were the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a new Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century Warehouse Corporation, a California corporation.

[2] **The amendments are to the status of Agenda Item Nos. 10, 13 and 14.**

130566.01600/40186051v.1

i.      Order Pursuant to 11 U.S.C. Section 502, Fed. R. Bankr. P. 3007 and 9014 and Del. Bankr. L.R. 3007-1 Disallowing and Expunging Certain (A) Amended and Superseded Claims, (B) No Supporting Documentation Claims, (C) Duplicate Claims and (D) Late Filed Claims Set Forth in Debtors' Fourth Omnibus Objection to Claims [D.I. 4242; filed 12/28/07]

ii.     Order (Second) Pursuant to 11 U.S.C. Section 502, Fed. R. Bankr. P. 3007 and 9014 and Del. Bankr. L.R. 3007-1 Disallowing and Expunging Certain (A) Amended and Superseded Claims, (B) No Supporting Documentation Claims, (C) Duplicate Claims and (D) Late Filed Claims Set Forth in Debtors' Fourth Omnibus Objection to Claims [D.I. 4371; filed 1/10/08]

Status: The objection is continued to February 16, 2010 at 11:00 a.m. with respect to the claim that has not yet been adjudicated or resolved. *See* attached Exhibit 1.

2.     Debtors' Eighth Omnibus Objection to Claims:  Substantive Objection Pursuant to 11 U.S.C. Sections 502 and 507, Bankruptcy Rules 3007 and 9014, and Local Rule 3007-1 to Certain Books and Records Claims [D.I. 4261; filed 12/28/07]

Objection deadline:  January 30, 2008

Objections/Responses Received:

A.     Response to Debtors' Eighth Omnibus Objection to Claims (filed by Michigan Department of Treasury) [D.I. 4358; filed 1/10/08]

B.     Response to Debtors' Eighth Omnibus Objection to Claims (filed by The Commonwealth of Pennsylvania) [D.I. 4362; filed 1/10/08]

C.     Response to Debtors' Eighth Omnibus Objection to Claims (filed by the State of New Jersey [D.I. 4392; filed 1/11/08]

D.     Response to Debtors' Eighth Omnibus Objection to Claims (filed by the State of Washington Department of Revenue) [D.I. 4500; filed 1/17/08]

E.     Response to Debtors' Eighth Omnibus Objection to Claims (filed by New York State Department of Taxation and Finance) [D.I. 4529; filed 1/18/08]

F.     The Debtors received an informal response from City of New York Department of Finance.

G.     The Debtors received an informal response from the State of Rhode Island.

H.     The Debtors received a consolidated informal response received from various taxing authorities (Blanco CAD, *et al.*).

:

i.      Notice of Submission of Copies of Proofs of Claims for Debtors' Eighth Omnibus Objection to Claims: Substantive Objection Pursuant to 11 U.S.C. Section 502 and 507, Bankruptcy Rules 3007 and 9014, and Local Rule 3007-1 to Certain Books and Records Claims Re: Docket No. 4261 [D.I. 4548; filed 1/23/08]

ii.     Withdrawal of Michigan Department of Treasury's Response to the Debtors' Eighth Omnibus Objection [D.I. 4796; filed 2/1/08]

iii.    Order Pursuant to 11 U.S.C. Sections 502 and 507, Bankruptcy Rules 3007 and 9014, and Local Rule 3007-1 (A) Disallowing and Expunging Certain Books and Records Claims and (B) Reducing and/or Reclassifying Certain Books and Records Claims Set Forth in Debtors' Eighth Omnibus Objection to Claims [D.I. 4845; filed 2/6/08]

iv.    Order (Revised) Pursuant to 11 U.S.C. Sections 502 and 507, Bankruptcy Rules 3007 and 9014, and Local Rule 3007-1 (A) Disallowing and Expunging Certain Books and Records Claims and (B) Reducing and/or Reclassifying Certain Books and Records Claims Set Forth in Debtors' Eighth Omnibus Objection to Claims [D.I. 5340; filed 3/13/08]

v.     Stipulation Between New Century Liquidating Trust and The State of New Jersey Division of Taxation Resolving Certain Claims [D.I. 9298; filed 1/16/09]

vi.    Notice of Limited Withdrawal of Debtors' Eighth Omnibus Objection [D.I. 9308; filed 1/21/09]

Status: The objection is continued to February 16, 2010 at 11:00 a.m. with respect to the claims that have not yet been adjudicated or resolved. *See* attached Exhibit 1.

3.    Debtors' Thirteenth Omnibus Objection: Substantive Objection Pursuant to 11 U.S.C. Sections 502 and 507, Bankruptcy Rules 3007 and 9014, and Local Rule 3007-1 to Certain Multiple-Debtor Duplicate Claims [D.I. 4815; filed 2/4/08]

Objection deadline: February 27, 2008

Objections/Responses Received:

A.    The Debtors received an informal response received from The Travelers Indemnity Company and its affiliates.

i.  Notice of Submission of Copies of Proofs of Claims for Debtors' Thirteenth Omnibus Objection to Claims: Substantive Objection Pursuant to 11 U.S.C. Section 502 and 507, Bankruptcy Rules 3007 and 9014, and Local Rule 3007-1 to Certain Multiple Debtor Duplicate Claims [D.I. 4997; filed 2/20/08]

ii. Order Pursuant to 11 U.S.C. Section 502, Fed. R. Bankr. P. 3007 and 9014 and Del. Bankr. L.R. 3007-1 Disallowing and Expunging Certain Multiple-Debtor Duplicate Claims [D.I. 5249; filed 3/6/08]

iii. Order (Second) Pursuant to 11 U.S.C. Section 502, Fed. R. Bankr. P. 3007 and 9014 and Del. Bankr. L.R. 3007-1 Disallowing and Expunging Certain Multiple-Debtor Duplicate Claims [D.I. 5764; filed 4/9/08]

Status: The objection is continued to February 16, 2010 at 11:00 a.m. with respect to the claims that have not yet been adjudicated or resolved. *See* attached Exhibit 1.

4.  Debtors' Fourteenth Omnibus Objection: Substantive Objection Pursuant to 11 U.S.C. Sections 502, 503, 506 and 507, Bankruptcy Rules 3007 and 9014, and Local Rule 3007-1 to Certain (A) Books and Records Claims; (B) Equity Claims; (C) Multiple-Debtor Duplicate Claims; and (D) Reduced and/or Reclassified Claims [D.I. 5023; filed 2/22/08]

Objection deadline: March 18, 2008

Related Documents:

i.  Notice of Submission of Copies of Proofs of Claims for Debtors' Fourteenth Omnibus Objection to Claims: Substantive Objection Pursuant to 11 U.S.C. Sections 502, 503, 506 and 507, Bankruptcy Rules 3007 and 9014, and Local Rule 3007-1 to Certain (A) Books and Records Claims; (B) Equity Claims; (C) Multiple-Debtor Duplicate Claims; and (D) Reduced and/or Reclassified Claims [D.I. 5297; filed 3/11/08]

ii. Order Scheduling Evidentiary Hearing Regarding Fourteenth Omnibus Objection To Claims - Substantive As It Pertains To the Claims of Rose Townsend Trust And The Law Offices of Timothy G. McFarlin [D.I. 9366; filed 3/6/09]

iii. Certification of Counsel Regarding (A) Debtors' Twenty-Second Omnibus Objection to Claims as it Pertains to the Claim of Timothy F. McFarlin (Gary and Ginny McCormack); and (B) Debtors' Fourteenth Omnibus Objection to Claims as it Pertains to the Claim of the Law Offices of

Timothy G. McFarlin (Robert and Deborah Massie) [D.I. 9607; filed 4/30/09]

    iv.    Order Disallowing and Expunging Books and Records Claims [D.I. 9667; filed 5/28/09]

Status:  The objection is continued to February 16, 2010 at 11:00 a.m. with respect to the claims that have not yet been adjudicated or resolved. *See* attached Exhibit 1.

5.    Debtors' Non-Substantive Objection Pursuant to 11 U.S.C. Section 502, Fed. R. Bankr. P. 3007 and 9014 and Del. Bankr. L.R. 3007-1 to Claim of Internal Revenue Service for Which Insufficient Documentation is Attached to the Filed Proof of Claim [D.I. 5025; filed 2/22/08]

Objection Deadline:  March 18, 2008

Objections/Responses Received:

    A.    Internal Revenue Service's Responses to Debtors' Non-Substantive Objection Pursuant to 11 U.S.C. Section 502, Fed. R. Bankr. P. 3007 and 9014 and Del. Bankr. L.R. 3007-1 to Claim of Internal Revenue Service for Which Insufficient Documentation is Attached to the Filed Proof of Claim [D.I. 5391; filed 3/18/08]

Related Documents:  None to date.

Status:  The objection is continued to February 16, 2010 at 11:00 a.m.

6.    Debtors' Sixteenth Omnibus Objection:  Substantive Objection Pursuant to 11 U.S.C. Sections 502, 503, 506 and 507, Fed. R. Bankr. P. 3007 and 9014, and Del. Bankr. L.R. 3007-1 to Certain (A) Books and Records Claims; (B) Insufficient Documentation; (C) Multiple-Debtor Duplicate Claims; and (D) Reduced and/or Reclassified Claims [D.I. 5260; filed 3/7/08]

Objection deadline:  April 2, 2008

Objections/Responses Received:

    A.    Response to Debtors' Sixteenth Omnibus Objection to Claims (filed by Redwood Mortgage Funding, Inc.) [D.I. 5631; filed 4/2/08]

    B.    Response to Debtors' Sixteenth Omnibus Objection to Claims (filed by The Hartford and Hartford Fire Insurance Company) [D.I. 5634; filed 4/2/08]

    C.    Response to Debtors' Sixteenth Omnibus Objection to Claims (filed by Natixis Real Estate Capital Inc.) [D.I. 5635; filed 4/2/08]

D.    Response to Debtors' Sixteenth Omnibus Objection to Claims (filed by Sprint Communications Company L.P.) [D.I. 5735; filed 4/4/08]

E.    The Debtors received an informal response from Barclays Bank PLC.

F.    The Debtors received an informal response from Sutton Funding LLC.

G.    The Debtors received an informal response from The Travelers Indemnity Company and its Affiliates

H.    Response to Debtors' Sixteenth Omnibus Objection to Claims (filed by Pennsylvania Department of Revenue) [D.I. 5359; filed 3/13/08]

Related Documents:

i.    Notice of Submission of Copies of Proofs of Claims for Debtors' Sixteenth Omnibus Objection:  Substantive Objection Pursuant to 11 U.S.C. Sections 502, 503, 506 and 507, Fed. R. Bankr. P. 3007 and 9014, and Del. Bankr. L.R. 3007-1 to Certain (A) Books and Records Claims; (B) Insufficient Documentation; (C) Multiple-Debtor Duplicate Claims; and (D) Reduced and/or Reclassified Claims [D.I. 5523; filed 3/26/08]

ii.    Order Pursuant to 11 U.S.C. Sections 502, 203, 506 and 507, Fed. R. Bankr. P. 3007 and 9014, and Del. Bankr. L.R. 3007-1 Disallowing and Expunging (A) Books and Records Claims; (B) Insufficient Documentation Claims; (C) Certain Multiple-Debtor Duplicate Claims; and (D) Reduced and/or Reclassified Claims as Set Forth in Debtors' Sixteenth Omnibus Objection to Claims [D.I. 5821; filed 4/15/08]

iii.    Order (Revised) Pursuant to 11 U.S.C. Sections 502, 203, 506 and 507, Fed. R. Bankr. P. 3007 and 9014, and Del. Bankr. L.R. 3007-1 Disallowing and Expunging (A) Books and Records Claims; (B) Insufficient Documentation Claims; (C) Certain Multiple-Debtor Duplicate Claims; and (D) Reduced and/or Reclassified Claims as Set Forth in Debtors' Sixteenth Omnibus Objection to Claims [D.I. 6306; filed 4/18/08]

iv.    Declaration in Support of Allowance of Liquidated Amounts of Claim and in Further Response to the Debtors Sixteenth Omnibus Objection to the Claims of the Hartford Fire Insurance Company Pursuant to 11 U.S.C. §§ 502(B) and 503, Fed. R. Bankr. P. 3001 and 3007 and Local Rule 3007-1 Filed by Hartford Fire Insurance Company [D.I. 9715; filed 7/9/09]

v.    Order Approving Amended Stipulation Among Natixis Real Estate Capital, Inc., New Century Liquidating Trust and Reorganized New Century Warehouse Corporation Fixing and Allowing Certain Claims of Natixis Real Estate Capital, Inc. [D.I. 9945; filed 11/16/09]

130566.01600/40186051v.1

: The objection is continued to February 16, 2010 at 11:00 a.m. with respect to the claims that have not yet been adjudicated or resolved. *See* attached Exhibit 1.

7.    Debtors' Eighteenth Omnibus Objection:  Substantive Objection Pursuant to 11 U.S.C. Sections 502, 503, 506 and 507, Bankruptcy Rules 3007 and 9014, and Local Rule 3007-1 to Certain (A) Books and Records Claims; (B) Insufficient Documentation Claims; (C) Multiple-Debtor Duplicate Claims; and (D) Reduced and/or Reclassified Claims [D.I. 5537; filed 3/27/08]

Objection deadline:  April 30, 2008

Objections/Responses Received:

A.    Response to Debtors' Eighteenth Omnibus Objection to Claims (filed by Patrick J. Moloney) [D.I. 6425; filed 4/24/08]

B.    Response to Debtors' Eighteenth Omnibus Objection to Claims) filed by Washington Mutual) [D.I. 6593; filed 5/7/08]

Related Documents:

i.    Claim No. 417 filed by Patrick Moloney

ii.    Claim No. 3759 filed by Pierre Augustin

iii.    Notice of Withdrawal of Debtors' Eighteenth Omnibus Objection: Substantive Objection Pursuant to 11 U.S.C. Sections 502, 503, 506 and 507, Bankruptcy Rules 3007 and 9014, and Local Rule 3007-1 to Certain (A) Books and Records Claims; (B) Insufficient Documentation Claims; (C) Multiple-Debtor Duplicate Claims; and (D) Reduced and/or Reclassified Claims Re: Claim No. 3537 of Natixis Real Estate Capital, Inc. [D.I. 6400; filed 4/22/08]

iv.    Scheduling Order Regarding Objections to Claims of Pierre R. Augustin [D.I. 8905; filed 9/5/08]

v.    Order Regarding Discovery In Connection With Objections To Claims of Pierre R. Augustin [D.I. 9176; filed 11/20/08]

vi.    Order Disallowing And Expunging Duplicate Claim Set Forth In The Debtors' Fifteenth Omnibus Objection To Claims And Reclassifying Remaining Claim [D.I. 9323; filed 1/29/09]

vii.    Order Regarding Claim of Pierre R. Augustin And Issuance of Third Party Subpoenas [D.I. 9365; filed 3/6/09]

viii. Order Disallowing And Expunging Duplicate Claim Set Forth In The Debtors Fifteenth Omnibus Objection To Claims And Reclassifying Remaining Claim [D.I. 9367; filed 3/6/09]

ix. Order (AMENDED) Reclassifying Claim of Patrick J. Moloney Set Forth In The Debtors Eighteenth Omnibus Objection To Claims [D.I. 9379; filed 3/12/09]

Status: The objection is continued to February 16, 2010 at 11:00 a.m. with respect to the claims that have not yet been adjudicated or resolved. *See* attached Exhibit 1.

8. Debtors' Twenty-Second Omnibus Objection: Substantive Objection Pursuant to 11 U.S.C. §§ 502, 503, 506 and 507, Fed. R. Bankr. P. 3007 and 9014, and Del. Bankr. L.R. 3007-1 To Certain (A) Books and Records Claims; (B) Insufficient Documentation Claims; and (C) Reduced and/or Reclassified Claims [D.I. 8616; filed 7/18/08]

Objection Deadline: August 13, 2008

Related Documents:

i. Notice of Submission of Copies of Proofs of Claims Regarding Twenty-Second Omnibus Objection: Substantive Objection Pursuant to 11 U.S.C. Sections 502, 503, 506 and 507, Fed. R. Bankr. P. 3007 and 9014, and Del. Bankr. L.R. 3007-1 to Certain (A) Books and Records Claims; (B) Insufficient Documentation Claims and (C) Reduced and/or Reclassified Claims [D.I. 8711; filed 8/7/08]

ii. Order Scheduling Evidentiary Hearing Regarding Twenty-Second Omnibus Objection To Claims - Substantive As It Pertains To The Claims of Timothy G. McFarland (Gary And Ginny McCormack), Jillian Stoffel, Nicole Payne, And Nora Coronado [D.I. 9364; filed 3/5/09]

iii. Certification of Counsel Regarding (A) Debtors' Twenty-Second Omnibus Objection to Claims as it Pertains to the Claim of Timothy G. McFarlin (Gary and Ginny McCormack); and (B) Debtors' Fourteenth Omnibus Objection to Claims as it Pertains to the Claim of the Law Offices of Timothy G. McFarlin (Robert and Deborah Massie) [D.I. 9607; filed 4/30/09]

iv. Notice of Limited Withdrawal of Debtors' Twenty-Second Omnibus Objection (Substantive) [D.I. 9665; filed 5/28/09]

Status: The objection is continued to February 16, 2010 at 11:00 a.m. with respect to the claims that have not yet been adjudicated or resolved. *See* attached Exhibit 1.

9. Substantive Objection of New Century Liquidating Trust's Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 and 9014 to Carrington Securities, L.P.'s Claims for Forced Liquidating of Certain Loans [D.I. 9346; filed 2/24/09]

Objection deadline: March 19, 2009

Objections/Responses Received:

A. Response to Substantive Objection by New Century Liquidating Trust to Carrington Securities L.P.S Claims for Forced Liquidation of Certain Loans [Filed by Carrington Securities L.P.] [D.I. 9396; filed 3/19/09]

Related Documents:

i. Notice of Submission of Proof of Claim [D.I. 9380; filed 3/12/09]

Status: The hearing on this matter will be continued to February 16, 2010 at 11:00 a.m.

10. Motion of New Century Liquidating Trust Estimating and Allowing as Estimated for Distribution Purposes Certain EPD/Breach Claims [D.I. 9355; filed 3/3/09]

Objection deadline: March 16, 2009

Objections/Responses Received:

A. Molly S. White, Ralph N. White's Objection and Response to the Liquidating Trust's Motion Estimating and Allowing as Estimated for Distribution Purposes Certain EPD/Breach Claims [D.I. 9386; filed 3/17/09]

B. Objection of Washington Mutual Mortgage Securities Corporation and WM Specialty Mortgage LLC to Motion of New Century Liquidating Trust Estimating and Allowing as Estimated for Distribution Purposes Certain EPD/Breach Claims [D.I. 9649; filed 5/20/09]

Related Documents:

i. Order Granting the New Century Liquidating Trust's Motion Estimating and Allowing as Estimated for Distribution Purposes Certain EPD/Breach Claims [D.I. 9479; filed 3/27/09]

ii. Order Granting the New Century Liquidating Trust's Motion Estimating and Allowing as Estimated for Distribution Purposes Certain EPD/Breach Claims [D.I. 9662; filed 5/27/09]

iii. Order (CORRECTIVE) Granting the New Century Liquidating Trust's Motion Estimating and Allowing as Estimated for Distribution Purposes Certain EPD/Breach Claims [D.I. 9663; filed 5/27/09]

130566.01600/40186051v.1

iv.   Order Approving Stipulation Between New Century Liquidating Trust, SNGC LLC And Alaska Seaboard Partners Limited Partnership, Resolving The Claims of SNGC LLC And Alaska Seaboard Partners Limited Partnership [D.I. 9675; filed 6/10/09]

v.    Order Approving Stipulation Between New Century Liquidating Trust, Washington Mutual Bank, WM Specialty Mortgage LLC and Washington Mutual Mortgage Securities Corp. Fixing and Allowing Their EPD/Breach Claims [D.I. 9746; filed 7/24/09]

vi.   Order Approving Amended Stipulation Between New Century Liquidating Trust and UBS Real Estate Securities Inc. Fixing and Allowing Its Claims [D.I. 9946; filed 11/16/09]

Status:  **The motion as it relates to the claims of Deutsche Bank National Trust Company, Morgan Stanley & Co. Incorporated, Morgan Stanley Market Products Inc., and Morgan Stanley Mortgage Capital Holdings LLC fka Morgan Stanley Mortgage Capital Inc. will be continued to the next omnibus hearing on February 16, 2010 at 11:00 a.m.  The parties continue to negotiate stipulations and anticipate resolving all matters by settlement.**

11.  The New Century Liquidating Trust's (I) Objection to the Administrative Claims of William J. Popejoy Pursuant 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3001, 3007 and Local Rule 3007-1 [Substantive] and (II) Motion to Estimate the Contingent Portion of the Claim at Zero Pursuant to 11 U.S.C. § 502(c) [D.I. 9393; filed 3/18/09]

Objection deadline:  April 24, 2009

Objections/Responses Received:  None to date

Related Documents:  None to date

Status:  The hearing on this matter will be continued to the next omnibus hearing on February 16, 2010 at 11:00 a.m.

12.  The New Century Liquidating Trust's Twenty-Ninth Omnibus Objection to Claims filed Pursuant to 11 U.S.C. § 502(b), Fed. R. Bankr. P. 3001 and 3007, and Local Rule 3007-1 [Non-Substantive] [D.I. 9551; filed 3/31/09]

Objection deadline:  April 24, 2009

Objections/Responses Received:

A.    Limited Objection Of The Beneficiaries Of The Deferred Compensation Plans To: (I) The New Century Liquidating Trust's Twenty-Eighth Omnibus Objection To Claims Filed Pursuant To 11 U.S.C. Section 502(B), Fed. R. Bankr. P. 3001 And 3007, And Local Rule 3007-1

[Substantive]; And (II) The New Century Liquidating Trust's Twenty-Ninth Omnibus Objection To Claims Filed Pursuant To 11 U.S.C. Section 502(B), Fed. R. Bankr. P. 3001 And 3007, And Local Rule 3007-1 [Non-Substantive] [D.I. 9599; filed 4/24/09]

Related Documents:

i.    Order Granting the New Century Liquidating Trust's Twenty-Ninth Omnibus Objection to Claims (Non-Substantive) [9615; filed 5/1/09]

ii.   Order (AGREED) (I) Partially Resolving the Motion of the New Century Liquidating Trust Estimating Certain Deferred Compensation Claims, and (II) Adjourning the New Century Liquidating Trust's Twenty-Ninth Omnibus Objection to Claims Filed (Non-Substantive) With Respect to Claim Numbers 1491, 1493 and 1612 [9617; filed 5/1/09]

Status:  The hearing on this matter will be continued to the next omnibus hearing on February 16, 2010 at 11:00 a.m.  *See* attached Exhibit 1.

13.   The New Century Liquidating Trust's (A) Motion Pursuant to 11 U.S.C. Sec. 505 for Determination of Pennsylvania Corporate Net Income Tax and Franchise Tax Liabilities and (B) Supplemental Substantive Objection to the Claim Filed by the Pennsylvania Department of Revenue [D.I. 9605; filed 4/27/09]

Objection deadline:  May 20, 2009

Objections/Responses Received:  None to date

Related Documents:  None to date

Status:  The hearing on this matter will be continued to the next omnibus hearing on February 16, 2010 at 11:00 a.m.  **The parties have reached a settlement in principle and are in the process of finalizing such documentation.**

14.   Motion of the New Century Liquidating Trust and Reorganized New Century Warehouse Corporation Estimating Claims filed by the California Franchise Tax Board at Zero [D.I. 9747; filed 7/24/09]

Objection deadline:  August 20, 2009

Objections/Responses Received:

A.    California Franchise Tax Board's Response to the Motion of the New Century Liquidating Trust and Reorganized New Century Warehouse Corporation Estimating Claims Filed by the California Tax Board at Zero [D.I. 9861; filed 8/28/09]

Related Documents:

i. **Order Approving Stipulation Between The New Century Liquidating Trust and Reorganized Access Lending and The California Franchise Tax Board Resolving Claims [D.I. 9988; filed 12/18/09]**

<u>Status</u>: **The hearing is being continued to the next omnibus hearing on February 16, 2010 at 11:00 a.m. with respect to all outstanding claims that were not addressed by the order entered on December 18, 2009.**

## II.   <u>MATTERS UNDER ADVISEMENT:</u>

15. New Century Liquidating Trust's Objection To The Administrative Claim Of Creditor Cedric Muhammad Pursuant To 11 U.S.C. § 502 (b) And Fed. R. Bankr. P. 3001, 3007 And Local Rule 3007-1 [Substantive] [Filed 9/30/08; Docket No. 9028]

<u>Related Documents</u>:

i. Order Granting Request of Claimant Cedric Muhammad For Reconsideration of The November 20, 2008 Order Expunging His Claim [D.I. 9322; filed 1/29/09]

ii. Certification of Counsel Regarding Scheduling Order Regarding Submissions of Findings of Fact and Conclusions of Law Regarding Claimant Cedric Muhammad [D.I. 9578; filed 4/7/09]

iii. Scheduling Order Regarding Submissions of Findings of Fact and Conclusions of Law From Evidentiary Hearing on Claimant Cedric Muhammad's Motion for Payment of Administrative Expense and the New Century Liquidating Trust's Objection to the Administrative Claims of Creditor Cedric Muhammad Pursuant to 11 U.S.C. § 502(B) and Fed. R. Bankr. P. 3001, 3007 and Local Rule 3007-1 [D.I. 9583; filed 4/9/09

iv. Certification of Counsel Regarding Proposed Findings of Fact and Conclusions of Law of the New Century Liquidating Trust Regarding the New Century Liquidating Trust's Objection to Creditor Cedric Muhammad's Administrative Claim [D.I. 9624; filed 5/1/09]

v. Affidavit-of-Truth Filed by Cedric Muhammad [D.I. 9670; filed 6/1/09]

<u>Status</u>: Both parties have filed their findings of fact & conclusions of law. Under the scheduling order, the court may schedule a status hearing.

16. Motion to Reconsider Order Disallowing and Expunging Certain (A) Amended and Superseded Claims; (B) Late Filed Claims; and (C) No Supporting Documentation Claims Set Forth in Debtors' Twenty-First Omnibus Objection to Claims [D.I. 9229; filed 12/10/08]

<u>Objection deadline</u>:  January 13, 2009

A.      Objection of the New Century Liquidating Trust and Reorganized New Century Warehouse Corporation to the Request by Alfonso and Janet Longo to Reconsider the Order Disallowing and Expunging Certain (A) Amended and Superseded Claims; (B) Late Filed Claims; (C) No Supporting Documentation Claims Set Forth in Debtors' Twenty-First Omnibus Objection to Claims [D.I. 9287; filed 1/13/09]

Related Documents:

i.      Debtors' Twenty-First Omnibus Objection to Claims: Non-Substantive Objection Pursuant to 11 U.S.C. §§ 502, 503, 506 and 507, Fed. R. Bankr. P. 3007 and 9014, and Del. Bankr. L.R. 3007-1 to Certain (A) Amended And Superseded Claims; (B) Late Filed claims; and (C) No Supporting Documentation Claims [D.I. 7017; filed 5/14/08]

ii.     Order Disallowing and Expunging Certain (A) Amended and Superseded Claims; (B) Late Filed Claims; and (C) No Supporting Documentation Claims Set Forth in Debtors' Twenty-First Omnibus Objection to Claims [D.I. 8553; filed 7/11/08]

iii.    Order Granting Request of Alfonso and Janet Longo for Reconsideration of the July 11, 2008 Order Expunging Their Claims and Setting Hearing and Discovery Schedule Regarding the Value of Such Claim [D.I. 9753; filed 7/29/09]

iv.     Documentation provided in Support of Their Action Against New Century TRS Holdings, Inc. [Filed by Janet Longo] [D.I. 9891; filed 9/25/09

v.      Proof of Claim of Alfonso and Janet Longo

vi.     Scheduling Order Regarding Submissions of Findings of Fact and Conclusions of Law Regarding Claimants Alfonso and Janet Longo [D.I. 9982; Filed 12/14/09]

Status: Each party has an opportunity to file proposed findings of fact and conclusions of law.  The deadline for these submissions has not yet passed.

17.     *Leslie Marks v. New Century TRS Holdings, Inc., et al.*  (Adv. Pro. No. 09-50244): Motion of New Century Liquidating Trust to Dismiss Adversary Proceeding Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) [Adv. D.I. 7; filed 4/17/09]

Related Documents:

A.      Memorandum of Law in Support of The New Century Liquidating Trust's Motion to dismiss Adversary Proceeding Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) [Adv. D.I. 8; filed 4/17/09]

B. Memorandum of Law In Support of Plaintiff's Opposition to The New Century Liquidating Trust's Motion to Dismiss and Request for Sanctions [Adv. D.I. 9; filed 4/28/09]

C. Reply Memorandum of law in response to Plaintiff's opposition to the New Century Liquidating Trust's Motion to Dismiss [Adv. D.I. 13; filed 5/21/09]

D. Order Suspending Proceedings Pending Adjudication of The Motion To Dismiss [Adv. D.I. 19; filed 6/10/09]

E. Order Denying Motion To Allow Pro Se Plaintiff to E-File, Granting In Part Motion To Allow Pro Se Plaintiff To Appear Telephonically [Adv. D.I. 21; filed 6/11/09]

<u>Status</u>: The Court has ordered that all proceedings shall be suspended pending adjudication of the Motion of the New Century Liquidating Trust to Dismiss [Adv. D.I. 7; filed 4/17/09].

18. *Anita B. Carr v. New Century TRS Holdings, Inc.* (Adv. Pro. No. 09-52251): Motion to Dismiss Adversary Proceeding to FRCP 12(b)(6) [Adv. D.I. 2, filed 11/10/09]

A. Memorandum of Law in Support of the New Century Liquidating Trust's Motion to Dismiss Adversary Proceeding Complaint Pursuant to FRCP 12(b)(6) [Adv. D.I. 3, filed 11/10/09]

B. Declaration in Support of the Motion of New Century Liquidating Trust to Dismiss Adversary Proceeding Complaint Pursuant to FRCP 12(b)(6) [Adv. D.I. 4, filed 11/10/09]

C. Plaintiff's Objection to Defendant's Motion to Dismiss [Adv. D.I. 7, filed 11/20/09]

D. Plaintiff's Request for Judicial Notice in Support of the Objection to the Motion to Dismiss of Defendants [Adv. D.I. 8, filed 11/23/09]

E. Plaintiff's Motion to Allow Authorization to File Electronically [Adv. D.I. 9, filed 11/24/09]

F. Defendant's Reply Memorandum of Law in Response to Plaintiff's Opposition to the New Century Liquidating Trust's Motion to Dismiss [Adv. D.I. 11, filed 11/24/09]

G. Plaintiff's Reply to Defendant's Defective Reply Memorandum [Adv. D.I. 12, filed 12/2/09]

H. Plaintiff's Application to Court for Hearing on AP Motions [Adv. D.I. 13, filed 12/4/09]

I.      Plaintiff's Objection to Defendant's Reply Memorandum [Adv. D.I. 14, filed 12/8/09]

J.      Plaintiff's Notice of Motion Re: Adv. D.I. 2 [Adv. D.I. 16, filed 12/15/09]

K.      Plaintiff's Notice of Motion Re: Adv. D.I. 15 [Adv. D.I. 18, filed 12/16/09]

L.      Notice of Completion of Briefing Re: Adv. D.I. 2 [Adv. D.I. 20, filed 12/21/09]

M.      Amended Notice of Completion of Briefing Re: Adv. D.I. 2 [Adv. D.I. 23, filed 12/24/09]

N.      Letter to The Honorable Kevin J. Carey, dated January 12, 2010 Re: Anita B. Carr [Main Case No. 07-10416; D.I. 10003, filed 1/12/10]

Status: The Court has ordered that all proceedings shall be suspended pending adjudication of the Motion of the New Century Liquidating Trust to Dismiss.

## III.    UNCONTESTED MATTERS WITH A C.N.O.:

19.     Motion for Order Approving Settlement Agreement Between The New Century Liquidating Trust and the United Healthcare Insurance Company [D.I. 9996; filed 1/4/10]

Objection deadline:  January 14, 2010

Objections/Responses Received:  None to date

Related Documents:

i.      Certificate of No Objection Re: Dkt. No. 9996 [D.I. 10007; filed 1/15/10]

ii.     Proposed Form of Order [D.I. 9996; filed 1/4/10]

Status:  A Certificate of No Objection has been filed.

## IV.    MATTERS GOING FORWARD:

20.     Motion of Anita B. Carr, Pro Se to Consider Proof of Claim Timely Filed [Main Case No. 07-10416; D.I. 9975, filed 12/4/09]

Objection deadline:  January 12, 2010

Objections/Responses Received:  None to date

Related Documents:

A.   Plaintiff's Notice of Motion Re: D.I. 9975 [Adv. Pro. No. 09-52251; Adv. D.I. 18, filed 12/16/09]

B.   Letter to The Honorable Kevin J. Carey, dated January 12, 2010 Re: Anita B. Carr [D.I. 10003, filed 1/12/10]

Status: This matter is going forward.

21.   The New Century Liquidating Trust's Thirtieth Omnibus Objection to Claims Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3001, 3007 and Local Rule 3007-1 [Non-Substantive] [D.I. 9990; filed 12/21/09]

Objection deadline: January 13, 2010

Objections/Responses Received: Informal Response Received

Related Documents: None to date

Status: The Liquidating Trustee expects to submit a revised form of order under certification of counsel in advance of the hearing addressing the informal response received.

## V.   PRE-TRIAL CONFERENCES:

22.   *The New Century Liquidating Trust and Reorganized New Century Warehouse Corporation v. Robert K. Cole, Brad A. Morrice, Edward F. Gotschall, John Doe, Jane Doe, Marilyn A. Alexander, Harold A. Black, Fredric J. Forster, Donald E. Lange, William J. Popejoy, Michael M. Sachs, Richard A. Zona, David Einhorn, Patrick Flanagan, Kevin M. Cloyd, Patti M. Dodge, Joseph F. Eckroth, Jr., Stergios Theologides, EG Enterprises, Pacific Financial Services, Inc., Zona Financial, LLC., Greenlight Capital, Inc., F&A Forster Family Revocable Trust* (Adv. Pro. No. 09-50882)

Related Documents:

A.   Complaint [Adv. D.I. 1, filed 4/1/09]

B.   Order Granting Manner of Service of Complaint and Extending Deadline to Respond to Complaint [Adv. D.I. 6, filed 5/20/09]

C.   Summons [Adv. D.I. 12, filed 7/8/09]

D.   Order Granting Stipulation Pertaining to Substitution of Party, Acceptance of Service, and Standstill of the Adversary Proceeding [Adv. D.I. 14, filed 7/17/09]

E.   Order Granting Stipulation Between The New Century Liquidating Trust, By And Through Alan M. Jacobs, As Liquidating Trustee And Defendants David Einhorn, Fredric J. Forster, Donald E. Lang, Richard A. Zona,

Greenlight Capital, Inc., F&A Forster Family Trust, Pacific Financial Services And Zona Financial Agreeing To Dismiss Certain Defendants From Adversary Proceeding [Adv. D.I. 15, filed 7/17/09]

F.     Notice of Voluntary Dismissal as to Defendants Greenlight Capital, Inc., F&A Forster Family Revocable Trust, Pacific Financial Services, Inc. and Zona Financial, LLC [Adv. D.I. 17, filed 7/21/09]

G.     Order Granting Stipulation Extending Time To Respond to The Complaint [Adv. D.I. 32, filed 12/2/09]

Status: The pre-trial conference will go forward.

23.     <u>Pre-Trial Conferences Regarding New Century Adversary Proceedings Being Handled by ASK Financial</u>

<u>Related Documents</u>:

A.     Proposed Scheduling Order

Status: The pre-trial conference will go forward as to the adversary proceeding matters listed on <u>Exhibit 2</u> attached hereto.

Dated:  January 15, 2010                      **BLANK ROME LLP**


                                              */s/ David W. Carickhoff*
                                              Bonnie Glantz Fatell (DE No. 3809)
                                              David W. Carickhoff (DE No. 3715)
                                              Elizabeth A. Sloan (DE No. 5045)
                                              1201 Market Street, Suite 800
                                              Wilmington, Delaware  19801
                                              (302) 425-6400 - Telephone
                                              (302) 425-6464 - Facsimile

                                                        - and -

                                              HAHN & HESSEN LLP
                                              488 Madison Avenue, 15th Floor
                                              New York, New York 10022
                                              (212) 478-7200 - Telephone
                                              (212) 478-7400 - Facsimile
                                              Attn:   Mark T. Power
                                                      Mark S. Indelicato
                                                      Edward L. Schnitzer
                                                      Janine Cerbone
                                                      Huria Patwardhan

130566.01600/40186051v.1

*Co-Counsel to the New Century Liquidating Trust and Reorganized New Century Warehouse Corporation*

# Exhibit 1

Claims Chart

Status of Proofs of Claim for Debtors' Fourth Omnibus Objection (Non-Substantive) to Certain (A) Amended Claims, (B) No Supporting Documentation Claims, (C) Duplicate Claims and (D) Late-Filed Claims

| Claim Number | Claimant | Status |
|---|---|---|
| 3444 | Residential Mortgage Solution LLC | The Debtors received an informal response. The parties have reached an agreement in principle and intend to document such settlement before the omnibus hearing scheduled for February 16, 2010. |

Status of Proofs of Claim for Debtors' Eighth Omnibus Objection (Substantive) to Certain  Books and Records Claims

| Claim Number | Claimant | Status |
|---|---|---|
| 3234 | Blanco CAD | The hearing on this claim is being continued to the omnibus hearing scheduled for February 16, 2010. |
| 3342 | Lamar CAD | The hearing on this claim is being continued to the omnibus hearing scheduled for February 16, 2010. |
| 265 | New York State Department of Taxation and Finance | Response filed 1/18/08; D.I. 4529. The hearing on this claim is being continued to the omnibus hearing scheduled for February 16, 2010. |
| 3312 | Pennsylvania Department of Revenue | Response filed 1/10/08; D.I. 4362. The hearing on this claim is being continued to the omnibus hearing scheduled for February 16, 2010. |
| 719 | Pennsylvania Department of Revenue | Response filed 1/10/08; D.I. 4362. The hearing on this claim is being continued to the omnibus hearing scheduled for February 16, 2010. |

Status of Proofs of Claim for Debtors' Thirteenth Omnibus Objection (Substantive) to Certain Multiple-Debtor Duplicate Claims

| Duplicate and/or Amended Claim Number" | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| 2081 | 2117 | The Travelers Company and Its Affiliates | The parties have reached a partial resolution. To allow the parties additional time to fully resolve the dispute, the hearing on this claim is continued to a date to be determined. |
| 2119 | 2117 | The Travelers Company and Its Affiliates | The parties have reached a partial resolution. To allow the parties additional time to fully resolve the dispute, the hearing on this claim is continued to a date to be determined. |
| 2116 | 2117 | The Travelers Company and Its Affiliates | The parties have reached a partial resolution. To allow the parties additional time to fully resolve the dispute, the hearing on this claim is continued to a date to be determined. |
| 2120 | 2117 | The Travelers Company and Its Affiliates | The parties have reached a partial resolution. To allow the parties additional time to fully resolve the dispute, the hearing on this claim is continued to a date to be |

| | | | determined. |
|---|---|---|---|
| 2113 | 2117 | The Travelers Company and Its Affiliates | The parties have reached a partial resolution.  To allow the parties additional time to fully resolve the dispute, the hearing on this claim is continued to a date to be determined. |
| 2080 | 2117 | The Travelers Company and Its Affiliates | The parties have reached a partial resolution.  To allow the parties additional time to fully resolve the dispute, the hearing on this claim is continued to a date to be determined. |
| 3687 | 2117 | The Travelers Company and Its Affiliates | The parties have reached a partial resolution.  To allow the parties additional time to fully resolve the dispute, the hearing on this claim is continued to a date to be determined. |
| 2084 | 2117 | The Travelers Company and Its Affiliates | The parties have reached a partial resolution.  To allow the parties additional time to fully resolve the dispute, the hearing on this claim is continued to a date to be determined. |
| 2083 | 2117 | The Travelers Company and Its Affiliates | The parties have reached a partial resolution.  To allow the parties additional time to fully resolve the dispute, |

| | | | the hearing on this claim is continued to a date to be determined. |
|---|---|---|---|
| 2269 | 2117 | The Travelers Company and Its Affiliates | The parties have reached a partial resolution.  To allow the parties additional time to fully resolve the dispute, the hearing on this claim is continued to a date to be determined. |
| 2114 | 2117 | The Travelers Company and Its Affiliates | The parties have reached a partial resolution.  To allow the parties additional time to fully resolve the dispute, the hearing on this claim is continued to a date to be determined. |
| 2325 | 2117 | The Travelers Company and Its Affiliates | The parties have reached a partial resolution.  To allow the parties additional time to fully resolve the dispute, the hearing on this claim is continued to a date to be determined. |
| 2126 | 2117 | The Travelers Company and Its Affiliates | The parties have reached a partial resolution.  To allow the parties additional time to fully resolve the dispute, the hearing on this claim is continued to a date to be determined. |

| 2115 | 2117 | The Travelers Company and Its Affiliates | The parties have reached a partial resolution.  To allow the parties additional time to fully resolve the dispute, the hearing on this claim is continued to a date to be determined. |
|---|---|---|---|
| 2270 | 2117 | The Travelers Company and Its Affiliates | The parties have reached a partial resolution.  To allow the parties additional time to fully resolve the dispute, the hearing on this claim is continued to a date to be determined. |

Status of Proofs of Claim for Debtors' Fourteenth Omnibus Objection (Substantive)  to Certain Claims

| Claim Number | Claimant | Status |
|---|---|---|
| 1607 | Law Offices of Timothy G. McFarlin (for Robert and Deborah Massie) | Response filed 3/18/08; D.I. 5392. The parties are in settlement negotiations.  The hearing on this claim is being continued to the omnibus hearing scheduled for February 16, 2010. |
| 2199 | Sprint Nextel Corporation | No response has been filed.  The hearing on this claim is being continued to the omnibus hearing scheduled for February 16, 2010. |

Status of Proofs of Claim for Debtors' Sixteenth Omnibus Objection (Substantive)  to Certain Claims

| Duplicate and/or Amended Claim Number | Claim Number | Claimant | Status |
|---|---|---|---|
| | 2117 | The Travelers Indemnity Company and its Affiliates | The parties have reached a partial resolution.  To allow the parties additional time to fully resolve the dispute, the hearing on this claim is continued to a date to be determined. |
| 3763 | 3479 | Pennsylvania Department of Revenue | Response received 3/13/08; D.I. 5523.  This claim is subject to the Debtors' motion to determine tax liability (D.I. 9605). |
| | 970 | Sprint Nextel Corporation | Response filed 4/4/08; D.I. 5735.  The hearing on this claim is being continued to the omnibus hearing to be held on February 16, 2010. |
| | 3642 | Natixis Real Estate Capital Inc. | Response filed 4/2/08; D.I. 5635.  The hearing on this claim is being continued to the omnibus hearing scheduled for February 16, 2010. |
| | 3643 | Natixis Real Estate Capital Inc. | Response filed 4/2/08; D.I. 5635.  The hearing on this claim is being continued to |

| | | | |
|---|---|---|---|
| | | | the omnibus hearing scheduled for February 16, 2010. |
| | 3644 | Natixis Real Estate Capital Inc. | Response filed 4/2/08; D.I. 5635. The hearing on this claim is being continued to the omnibus hearing scheduled for February 16, 2010. |
| | 3645 | Natixis Real Estate Capital Inc. | Response filed 4/2/08; D.I. 5635. The hearing on this claim is being continued to the omnibus hearing scheduled for February 16, 2010. |
| | 3646 | Natixis Real Estate Capital Inc. | Response filed 4/2/08; D.I. 5635. The hearing on this claim is being continued to the omnibus hearing scheduled for February 16, 2010. |
| | 3647 | Natixis Real Estate Capital Inc. | Response filed 4/2/08; D.I. 5635. The hearing on this claim is being continued to the omnibus hearing scheduled for February 16, 2010. |

Status of Proofs of Claim for Debtors' Eighteenth Omnibus Objection (Substantive) to Certain Claims

| Claim Number | Claimant | Status |
|---|---|---|
| 3759 | Pierre R. Augustin | Responses filed 1/2/08 and 1/9/08; D.I. Nos. 4313 and 4382. Discovery has concluded, and a final hearing date has yet to be determined. |
| 417 | Patrick J. Moloney | Response filed 4/24/08; D.I. 6425. . The hearing on this claim is being continued to the omnibus hearing scheduled for February 16, 2010. |
| 3129 | Washington Mutual Bank | The Debtors have received an informal response.  The hearing on this claim is being continued to the omnibus hearing scheduled for February 16, 2010. |

Status of Proofs of Claim for Debtors' Twenty-Second Omnibus Objection (Substantive) to Certain Claims

| Claim Number | Claimant | Status |
|---|---|---|
| 3855 | Nevada Department of Taxation | Response filed 8/5/08; D.I. 8708. The hearing on this claim is being continued to the omnibus hearing scheduled for February 16, 2010. |
| 3793 | State of New Jersey | Response filed 8/8/08; D.I. 8713. The hearing on this claim is being continued to the omnibus hearing scheduled for February 16, 2010. |
| 1679 | Timothy G. McFarlin | Response filed 3/18/08; D.I. 5392. The parties are in settlement negotiations. The hearing on this claim is being continued to the omnibus hearing scheduled for February 16, 2010. |
| 3466 | State of New Jersey | Response filed 8/8/08; D.I. 8713. The hearing on this claim is being continued to the omnibus hearing scheduled for February 16, 2010. |

Status of Proofs of Claim for Debtors' Twenty-Ninth Omnibus Objection (Non-Substantive) to Certain Claims

| Claim Number | Claimant | Status |
|---|---|---|
| 1491 | Bernadette Mutuc Powers | The hearing on this claim is being continued to February 16, 2010. |
| 1493 | Steven J. Sovare | The hearing on this claim is being continued to February 16, 2010. |
| 1612 | Josh F. Keiffer | The hearing on this claim is being continued to February 16, 2010. |

# Exhibit 2

| | |
|---|---|
| In re: | Bk. No. 07-10416 (KJC) |
| New Century TRS Holdings, Inc., a Delaware Corporation, *et al.*[3] | Chapter 11 |
| | Jointly Administered |
| Debtor. | |
| Alan M. Jacobs, Liquidating Trustee for the New Century Liquidating Trust, | |
| Plaintiff, | |
| v. | |

| Defendants | Adversary Number |
|---|---|
| Allen Matkins Leck Gamble Mallory & Natsis LLP | 09-52244 |
| Dewey & LeBoeuf LLP | 09-52242 |
| Mayer, Brown LLC | 09-52240 |
| Shumaker, Loop & Kendrick, LLP | 09-52241 |
| Wright, Finlay & Zak, LLP | 09-52246 |

**Total Number of Adversary Proceedings: 5**

---

[3] The Debtors are the following entities: New Century Financial Corporation (f/k/a) New Century REIT, Inc.) a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporation, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home 123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California Corporation; New Century R.E.O. II Corp., a California corporation, New Century III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; Ncoral, L.P., a Delaware limited partnership; and New Century Warehouse Corporation, a California corporation.

Local Counsel

Ronald S. Gellert, Esq.  DE 4259
Tara Lattomus, Esq.  DE 3515
Brya Keilson, Esq.  DE 4643
ECKERT SEAMANS CHERIN & MELLOTT,LLC
300 Delaware Avenue, Suite 1210
Wilmington, DE 19801
**Telephone:** (302) 425-0430  Fax: (302) 425-0432

and

Primary Counsel
(Please Contact Primary Counsel)

Joseph L. Steinfeld, Jr., DC SBN 297101,
MN SBN 0266292, VA SBN 18666
**Gary D. Underdahl MN**
**SBN 0301693**
AASAK FINANCIAL LLP
2600 Eagan Woods Drive, Suite 400
Eagan, MN  55121
**Telephone:** (651) 406-9665  **Fax:**  (651) 406-9676

Attorneys For Plaintiff, Alan M. Jacobs, Liquidating
Trustee for the New Century Liquidating Trust