# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC. a Delaware corporation, *et al.*, | Case No. 07-10416 (KJC) Jointly Administered |
| Debtors. | |
| ------------------------------------------------------------x | |
| THE NEW CENTURY LIQUIDATING TRUST AND REORGANIZED NEW CENTURY WAREHOUSE CORPORATION, by and through Alan M. Jacobs, Liquidating Trustee and Plan Administrator, | |
| Plaintiff, | |
| --against-- | |
| ROBERT K. COLE, BRAD A. MORRICE, EDWARD F. GOTSCHALL, JOHN DOE, JANE DOE, MARILYN A. ALEXANDER, HAROLD A. BLACK, FREDRIC J. FORSTER, DONALD E. LANGE, WILLIAM J. POPEJOY, MICHAEL M. SACHS, RICHARD A. ZONA, DAVID EINHORN, PATRICK FLANAGAN, KEVIN M. CLOYD, PATTI M. DODGE, JOSEPH F. ECKROTH, JR., STERGIOS THEOLOGIDES, EG ENTERPRISES, PACIFIC FINANCIAL SERVICES, INC., ZONA FINANCIAL, LLC., GREENLIGHT CAPITAL, INC., and F&A FORSTER FAMILY REVOCABLE TRUST, Defendants. | Adv. Proc. No. 09-50882 (KJC) |
| ------------------------------------------------------------x | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that William J. Popejoy hereby enters his appearance in the above-captioned case by and through its counsel, McCarter & English, LLP, and such counsel hereby requests, pursuant to Rules 2002, 3017 and 9007 of the Federal Rules of Bankruptcy Procedure and § 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given

ME1 9726912v.1

or filed in these cases be given and served upon the following persons at the addresses, telephone, facsimile numbers and e-mail addresses indicated below:

<table>
<tr><td>
Katharine L. Mayer (DE Bar I.D. #3758)<br>
McCarter & English LLP<br>
405 North King Street, 8th Floor<br>
Wilmington, Delaware 19801<br>
Telephone: (302) 984-6300<br>
Facsimile: (302) 984-6399<br>
E-mail: kmayer@mccarter.com
</td><td>
Ronald Rus, Esquire<br>
Joel S. Miliband, Esquire<br>
RUS, MILIBAND & SMITH APC<br>
2211 Michelson Drive, 7th Floor<br>
Irvine, California 92612<br>
Telephone: (949) 752-7100<br>
Facsimile: (949) 252-1514<br>
Email: rrus@rusmiliband.com<br>
Email: jmiliband@rusmiliband.com
</td></tr>
</table>

**PLEASE TAKE FURTHER NOTICE** that, pursuant to § 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, electronic mail or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

**[Remainder of page intentionally left blank]**

This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of the rights (1) to have final orders in non-core matters entered only after de novo review by a District Court Judge, (2) to trial by jury in any proceeding so triable in these cases or any cases, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, setoffs, or recoupments to which William J. Popejoy, is or may be entitled.

Date: March 16, 2010
Wilmington, DE

**McCARTER & ENGLISH LLP**

/s/ *Katharine L. Mayer*
Katharine L. Mayer (DE Bar I.D. #3758)
Kate Roggio Buck (DE Bar I.D. # 5140)
405 North King Street, 8th Floor
Wilmington, Delaware 19801
Telephone: (302) 984-6300
Facsimile: (302) 984-6399

*Counsel for William J. Popejoy*