# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC. a Delaware corporation, *et al.*, | Case No. 07-10416 (KJC) Jointly Administered |
| Debtors. | |
| THE NEW CENTURY LIQUIDATING TRUST AND REORGANIZED NEW CENTURY WAREHOUSE CORPORATION, by and through Alan M. Jacobs, Liquidating Trustee and Plan Administrator, | |
| Plaintiff, | |
| --against-- | |
| ROBERT K. COLE, BRAD A. MORRICE, EDWARD F. GOTSCHALL, JOHN DOE, JANE DOE, MARILYN A. ALEXANDER, HAROLD A. BLACK, FREDRIC J. FORSTER, DONALD E. LANGE, WILLIAM J. POPEJOY, MICHAEL M. SACHS, RICHARD A. ZONA, DAVID EINHORN, PATRICK FLANAGAN, KEVIN M. CLOYD, PATTI M. DODGE, JOSEPH F. ECKROTH, JR., STERGIOS THEOLOGIDES, EG ENTERPRISES, PACIFIC FINANCIAL SERVICES, INC., ZONA FINANCIAL, LLC., GREENLIGHT CAPITAL, INC., and F&A FORSTER FAMILY REVOCABLE TRUST, Defendants. | Adv. Proc. No. 09-50882 (KJC) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Katharine L. Mayer, a member of the bar of this Court, pursuant to Bankruptcy Court Local Rule 9010-1 and the attached certification, moves the admission *pro hac vice* of Joel S. Miliband of RUS, MILIBAND & SMITH APC, 2211 Michelson Drive, 7th Floor, Irvine, California 92612, to represent *William J. Popejoy* in the above-captioned adversary action.

ME1 9727101v.1

Date: March 16, 2010
Wilmington, DE

**McCARTER & ENGLISH LLP**

/s/ *Katharine L. Mayer*
Katharine L. Mayer (DE Bar I.D. #3758)
Kate Roggio Buck (DE Bar I.D. # 5140)
405 North King Street, 8th Floor
Wilmington, Delaware 19801
Telephone: (302) 984-6300
Facsimile: (302) 984-6399

*Counsel for William J. Popejoy*

## CERTIFICATION OF JOEL S. MILIBAND

Pursuant to Bankruptcy Court Local Rule 9010-1, I certify that I am eligible for admission *pro hac vice* to this Court, am admitted to practice and in good standing before the Bar of the State of California, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, this action. I have access to, or have acquired a copy of the Local Rules of this Court and am generally familiar with such Rules and with the Standing Order for District Court Fund effective January 1, 2005. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

By: _____
Joel S. Miliband, Esquire
RUS, MILIBAND & SMITH, APC
2211 Michelson Drive, 7th Floor
Irvine, California 92612
Telephone: (949) 752-7100
Facsimile: (949) 252-1514
Email: jmiliband@rusmiliband.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date:_____, 2010     _____
                          The Honorable Kevin J. Carey
                          CHIEF UNITED STATES BANKRUPTCY JUDGE