# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NEW CENTURY TRS HOLDINGS, INC.<br>a Delaware corporation, *et al.*,<br><br>        Debtors.<br>------------------------------------------------------------x<br>THE NEW CENTURY LIQUIDATING TRUST<br>AND REORGANIZED NEW CENTURY<br>WAREHOUSE CORPORATION, by and through<br>Alan M. Jacobs, Liquidating Trustee and Plan<br>Administrator,<br>        Plaintiff,<br><br>--against--<br><br>ROBERT K. COLE, BRAD A. MORRICE,<br>EDWARD F. GOTSCHALL, JOHN DOE, JANE<br>DOE, MARILYN A. ALEXANDER, HAROLD A.<br>BLACK, FREDRIC J. FORSTER, DONALD E.<br>LANGE, WILLIAM J. POPEJOY, MICHAEL M.<br>SACHS, RICHARD A. ZONA, DAVID EINHORN,<br>PATRICK FLANAGAN, KEVIN M. CLOYD, PATTI<br>M. DODGE, JOSEPH F. ECKROTH, JR., STERGIOS<br>THEOLOGIDES, EG ENTERPRISES, PACIFIC<br>FINANCIAL SERVICES, INC., ZONA FINANCIAL,<br>LLC., GREENLIGHT CAPITAL, INC., and F&A<br>FORSTER FAMILY REVOCABLE TRUST,<br>        Defendants.<br>------------------------------------------------------------x | Chapter 11<br><br>Case No. 07-10416 (KJC)<br>Jointly Administered<br><br><br><br><br><br><br><br><br><br><br><br>Adv. Proc. No. 09-50882 (KJC) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Katharine L. Mayer, a member of the bar of this Court, pursuant to Bankruptcy Court Local Rule 9010-1 and the attached certification, moves the admission *pro hac vice* of Ronald Rus of RUS, MILIBAND & SMITH APC, 2211 Michelson Drive, 7th Floor, Irvine, California 92612, to represent *William J. Popejoy* in the above-captioned adversary action.

ME1 9727115v.1

NO. 40

FILED 3-16-10

Date: March 16, 2010
Wilmington, DE

**McCARTER & ENGLISH LLP**

/s/ *Katharine L. Mayer*
Katharine L. Mayer (DE Bar I.D. #3758)
Kate Roggio Buck (DE Bar I.D. # 5140)
405 North King Street, 8th Floor
Wilmington, Delaware 19801
Telephone: (302) 984-6300
Facsimile: (302) 984-6399

*Counsel for William J. Popejoy*

## CERTIFICATION OF RONALD RUS

Pursuant to Bankruptcy Court Local Rule 9010-1, I certify that I am eligible for admission *pro hac vice* to this Court, am admitted to practice and in good standing before the Bar of the State of California, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, this action. I have access to, or have acquired a copy of the Local Rules of this Court and am generally familiar with such Rules and with the Standing Order for District Court Fund effective January 1, 2005. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

By: _____
Ronald Rus, Esquire
RUS, MILIBAND & SMITH, APC
2211 Michelson Drive, 7th Floor
Irvine, California 92612
Telephone: (949) 752-7100
Facsimile: (949) 252-1514
Email: rrus@rusmiliband.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: March 17, 2010    _____
The Honorable Kevin J. Carey
CHIEF UNITED STATES BANKRUPTCY JUDGE

ME1 9727115v.1