# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, *et al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No. 07-10416 (KJC) <br><br> Jointly Administered |
| THE NEW CENTURY LIQUIDATING TRUST AND REORGANIZED NEW CENTURY WAREHOUSE CORPORATION, by and through Alan M. Jacobs, Liquidating Trustee and Plan Administrator, <br><br> Plaintiff, <br><br> --against-- <br><br> ROBERT K. COLE, BRAD A MORRICE, SUSAN K. GOTSCHALL AS EXECUTOR OF THE ESTATE OF EDWARD F. GOTSCHALL, MARILYN A. ALEXANDER, HAROLD A. BLACK, FREDRIC J. FORSTER, DONALD E. LANGE, WILLIAM J. POPEJOY, MICHAEL M. SACHS, RICHARD A ZONA, DAVID EINHORN, PATRICK FLANAGAN, KEVIN M. CLOYD, PATTI M. DODGE, JOSEPH F. ECKROTH, JR., STERGIOS THEOLOGIDES, and EG ENTERPRISES, <br><br> Defendants. | Adv. Proc. No. 09-50882 (KJC) |

## CERTIFICATION OF COUNSEL

Raymond H. Lemisch, Esquire, counsel to Alan M. Jacobs, Trustee of the New Century Liquidating Trust (the "Trustee"), hereby submits this Certification of Counsel as follows:

1. On April 2, 2007 (the "Petition Date"), the Debtors filed voluntary petitions for relief under Chapter 11 of Title 11 of the United States Code.

2. On July 15, 2008, the Court entered an Order Confirming the Second Amended Joint Chapter 11 Plan of Liquidation of the Debtors and the Official Committee of Unsecured Creditors dated as of April 23, 2008 (the "Confirmation Order") and an Order Amending the Confirmation Order was entered thereafter on July 22, 2008.

3. On August 1, 2008 (the "Effective Date"), the Second Amended Joint Chapter 11 Plan of Liquidation of the Official Committee of Unsecured Creditors dated as of April 23, 2008 (the "Plan") became effective. Pursuant to the terms of the Plan, on the Effective Date, the New Century Liquidating Trust Agreement was executed, thereby creating the Trust and appointing Alan M. Jacobs as Trustee.

4. On April 1, 2009, the Trustee initiated the above-captioned adversary proceeding against Robert K. Cole, Brad A. Morrice, Susan K. Gotschall, as executor of the estate of Edward F. Gotschall, Marilyn A. Alexander, Harold A Black, Fredric J. Forster, Donald E. Lange, William J. Popejoy, Michael M. Sachs, Richard A. Zona, David Einhorn, Patrick Flanagan, Kevin M. Cloyd, Patti M. Dodge, Joseph F. Eckroth, Jr., Stergios Theologides, and EG Enterprises (collectively, the "Appearing Defendants") seeking recovery against the Appearing Defendants and others for, among other things, claims for preferential transfer, fraudulent transfer and disallowance of claims.

5. On March 24, 2010, a pretrial conference was held before the Court (the "Pretrial Conference"). At the Pretrial Conference, the Court determined that the time within which the Appearing Defendants must move, answer or otherwise plead in response to the summons and complaint would be further addressed at a status conference to be held on May 19, 2010.

6. The Court also extended, *inter alia,* the time during which discovery between the parties is to be held in abeyance, as well as regarding other agreements between the parties, set

forth in certain stipulations between the parties dated May 11, 2009, June 18, 2009 and July 8, 2009.

7. Attached hereto as <u>Exhibit A</u> is a form of Order setting forth the terms outlined by the Court at the Pretrial Conference, which it is requested this Court enter.

Dated: March 31, 2010

        **BENESCH FRIEDLANDER COPLAN**
         **& ARONOFF LLP**

By:   */s/ Raymond H. Lemisch*
      Raymond H. Lemisch, Esquire (No. 4204)
      222 Delaware Avenue, Suite 801
      Wilmington, DE 19801
      Telephone: 302-442-7010
      Facsimile: 302-442-7012
      rlemisch@beneschlaw.com

      - and -

      Mark S. Indelicato, Esquire
      John P. McCahey, Esquire
      Maria A. Arnott, Esquire
      HAHN & HESSEN LLP
      448 Madison Avenue
      New York, NY 10022
      Telephone: 212-478-7200
      Facsimile: 212-478-7400

      *Co-Counsel to the New Century Liquidating Trust*
      *and Reorganized New Century Warehouse*
      *Corporation, et al.*