# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NEW CENTURY TRS HOLDINGS, INC.<br>a Delaware corporation, *et al.*,1<br><br>Debtors.<br>--------------------------------------------------------------x<br>THE NEW CENTURY LIQUIDATING TRUST AND REORGANIZED NEW CENTURY WAREHOUSE CORPORATION, by and through Alan M. Jacobs, Liquidating Trustee and Plan Administrator,<br><br>Plaintiff,<br><br>--against--<br><br>ROBERT K. COLE, BRAD A. MORRICE, SUSAN K. GOTSCHALL AS EXECUTOR OF THE ESTATE OF EDWARD F. GOTSCHALL, MARILYN A. ALEXANDER, HAROLD A. BLACK, FREDRIC J. FORSTER, DONALD E. LANGE, WILLIAM J. POPEJOY, MICHAEL M. SACHS, RICHARD A. ZONA, DAVID EINHORN, PATRICK FLANAGAN, KEVIN M. CLOYD, PATTI M. DODGE, JOSEPH F. ECKROTH, JR., STERGIOS THEOLOGIDES, and EG ENTERPRISES,<br>Defendants.<br>--------------------------------------------------------------x | Chapter 11<br><br>Case No. 07-10416 (KJC)<br><br>Jointly Administered<br><br>Adv. Proc. No. 09-50882 |

## ORDER

Plaintiff The New Century Liquidating Trust, by and through Alan M. Jacobs, as its Court-appointed liquidating trustee (the "Trustee"), by and through its counsel, Hahn & Hessen LLP and Benesch, Friedlander, Coplan & Aronoff LLP, having appeared at the scheduled pretrial conference on March 24, 2010 along with counsel for the

---

1 The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporation, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century Warehouse Corporation, a California corporation.

above-named defendants who have appeared in this adversary proceeding (the "Appearing Defendants"), and the parties having reported to the Court on the status of the adversary proceeding, it is

**ORDERED,** that counsel for the Trustee and counsel for the Appearing Defendants will appear, in person or telephonically, before the undersigned Bankruptcy Judge Kevin J. Carey, United States Bankruptcy Court, 824 North Market Street, 5th Floor, Wilmington, Delaware on May 19, at 1:00 o'clock in the afternoon, or as soon thereafter as counsel may be heard; and it is further

**ORDERED,** that the time within which the Appearing Defendants must move, answer or otherwise plead in response to the summons and complaint (the "Complaint") shall be addressed by the Court during the May 19, 2010 conference; and it is further

**ORDERED,** through midnight on May 20, 2010, or such other further time period as the Court may direct during the May 19, 2010 conference, the parties will forebear from (a) engaging in any discovery or motion practice, (b) making any filings, (c) serving any legal process such as a summons, subpoena or pleading (other than service of the Complaint), and (d) engaging in any other litigation activity in furtherance of the above-referenced adversary proceeding, except upon written agreement of all parties hereto and/or as necessary and in furtherance of those certain stipulations dated May 11, 2009, June 18, 2009 and July 8, 2009.

Dated: New York, New York
~~March~~ 1, 2010
April

_____
Honorable Kevin J. Carey
Chief United States Bankruptcy Judge